# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EARL DEAN LILLY, JR.,**
Appellant,

v.

**CITY OF WEST PALM BEACH** and **CITY OF WEST PALM BEACH POLICE DEPARTMENT,**
Appellees.

No. 4D20-502

[October 22, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2019-CA-002293-XXXX-MB.

Earl Dean Lilly, Jr., Hartly, Delaware, pro se.

Anthony M. Stella, Assistant City Attorney II, and Douglas N. Yeargin, Deputy City Attorney, City of West Palm Beach, Office of The City Attorney, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, JJ. and FRINK, KEATHAN, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***